No. 72–6528. SOLOMON *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6541. SULLIVAN *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1341. PLACID OIL CO. ET AL. *v.* MCILWAIN ET AL. C. A. 5th Cir. Motion of respondent McIlwain for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 72–1343. LENNY *v.* MELLODY ET AL. Pa. Commw. Ct. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–1353. CORPORACION DEL COBRE ET AL. *v.* ANACONDA CO. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 72–1375. HOBART BROTHERS CO. *v.* MALCOLM T. GILLILAND, INC. C. A. 5th Cir. Motion of Ohio Manufacturers Assn. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 72–871. SILVERS *v.* DOWLING, JUDGE, ET AL., 411 U. S. 944;

No. 72–5961. KELLY *v.* UNITED STATES, 411 U. S. 933; and

No. 72–6264. KRIKMANIS *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL., 411 U. S. 937. Petitions for rehearing denied.